UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - ATLANTA

MAY 0 4 2006

LUTHER D. THOMAS, CLERK
By: _____
Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff

v.

FELIPE LUNA DAZA,

    Defendant

CRIMINAL CASE NO.
1:02-cr-614-2-GET

## ORDER

Government's Motion [67] for an extension of time until 5/30/06 to file a response to the defendant's [66] Motion for Order Nunc Pro Tunc To Devise Fine Payment Schedule in the above styled action is hereby GRANTED.

Government has to and including 5/30/06 to file their response to the defendant's [66] motion.

SO ORDERED this 4th day of May, 2006

_____
G. ERNEST TIDWELL
UNITED STATES DISTRICT JUDGE